**Order entered July 8, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00143-CR

**TORRY GOODSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause No. F13-62599-K**

## ORDER

The Court **GRANTS** appellant's July 2, 2015 motion to substitute counsel.

We **ORDER** the Clerk of the Court to list Jeffery P. Buchwald as appellate counsel.


/s/     ADA BROWN
         JUSTICE